AUTO–OWNERS INSURANCE COMPANY, Plaintiff–Appellant,

v.

Mamie LUKE, Simon Eugene Smith, Defendants–Appellees.

No. 05–10054.

D.C. Docket No. 03–00166–CV–CAR–5.

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2005.

Alan J. Gibson, Downey & Cleveland, LLP, G. Lee Welborn, Downey, Cleveland, Parker & Williams, Marietta, GA, for Plaintiff–Appellant.

Mamie Luke, Alapaha, GA, pro se.

G. Leonard Liggin, G. Leonard Liggin, P.C., Montezuma, GA, for Defendant–Appellee.

Before BIRCH, HULL and BOWMAN,* Circuit Judges.

PER CURIAM.

Having thoroughly reviewed the record, the briefs of the parties and having heard oral argument, we find no reversible error in this case. Accordingly, we AFFIRM the judgment of the district court.

* Honorable Pasco Bowman, II, United States Circuit Judge for the Eighth Circuit, sitting by designation.